DANIEL G. BOGDEN
United States Attorney
District of Nevada
L. ERIC JOHNSON
Criminal Chief
333 Las Vegas Boulevard South, Ste 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:04-CR-00084-RCJ-RJJ |
| Plaintiff, | PROPOSED ORDER FOR RELEASE OF EXHIBITS |
| vs. | |
| DIANA LEE FLAHERTY, | |
| Defendant. | |

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, IT **IS HEREBY ORDERED** that counsel have until 4:00 pm on **July 31, 2014**, to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to that date, the Clerk is authorized to destroy said exhibits on **August 7, 2014**.

Dated: 07-15-2014

_____
**U.S. DISTRICT JUDGE**

**NOTICE TO COUNSEL**: Please sign below to designate a member of your staff ro a legal courier service to pick up the exhibits. Please note whether you represent plaintiff or defendant.

**I authorize** _____ to retrieve _____ Plaintiff's _____ Defendant's exhibits.
Dated: _____      _____
                              Signature of counsel for ___ Plaintiff ___ Defendant

Plaintiff's Exhibits received by : _____ Date: _____
Defendant's Exhibits received by: _____ Date: _____